1 White Terrace Apt. 4
Newark NJ 07108
November 23, 2021

William T. Walsh, Clerk
United States District Court
402 East State Street
Room 2020
Trenton, NJ 08608

Re: Laurier v. D'Ilio, et al.
    Civil Action No. 15-cv-06043 (BRM-TJB)

Dear Mr. Walsh:

    Please file the enclosed letter to Honorable Brian R. Martinotti, U.S.D.C.J.

    I thank you for your assistance.

          Very truly yours,

          *s/Kenworth Laurier*

          Kenworth B. Laurier

1 White Terrace Apt. 4
Newark NJ 07108
November 23, 2021

Hon. Brian R. Martinotti, U.S.D.C.J
United States District Court
402 E. State Street
Trenton, NJ 08608

Re: Laurier v. D'Ilio, et al.
 Civil Action No. 15-cv-06043 (BRM-TJB)

Dear Your Honor:

     Please be advised that settlement of the entitled matter has been completed. Therefore, the Court can now enter final dismissal of this matter.

                                         Respectfully submitted,

                                         *s/Kenworth Laurier*

                                       Kenworth B. Laurier