**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

OFFICIAL BUSINESS

RECEIVED

FEB 2 3 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

TRENTON NJ 085
7 DEC 2021 PM 5 L

NEOPOST
12/07/2021
US POSTAGE $000.53⁰

FIRST-CLASS MAIL



ZIP 08608
041M11292220

RTS

KENWORTH LAURIER
E-56999
BERGEN COUNTY JAIL
160 SOUTH RIVER STREET
HACKENSACK, NJ 07601

NIXIE      076    FE 1         0002/19/22
            RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 08608150020      *0951-08907-07-43

**Other Orders/Judgments**
3:15-cv-06043-BRM-TJB
LAURIER v. D'ILIO et al **CASE CLOSED on 02/08/2021**

ADMCLOSED,PLO,PROSE-PR,SCHEDO

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 12/7/2021 at 2:22 PM EST and filed on 12/7/2021
**Case Name:** LAURIER v. D'ILIO et al
**Case Number:** 3:15-cv-06043-BRM-TJB
**Filer:**
**WARNING: CASE CLOSED on 02/08/2021**
**Document Number:** 97

**Docket Text:**
**LETTER ORDER that settlement of this matter has been completed; The Court enters final dismissal of this matter. Signed by Judge Brian R. Martinotti on 12/7/2021. (abr, )**

**3:15-cv-06043-BRM-TJB Notice has been electronically mailed to:**

KEVIN JOHN DRONSON    kevin.dronson@dol.lps.state.nj.us, ef-spec@law.njoag.gov, kevindronson@yahoo.com

**3:15-cv-06043-BRM-TJB Notice has been sent by regular U.S. Mail:**

KENWORTH LAURIER
E-56999
BERGEN COUNTY JAIL
160 SOUTH RIVER STREET
HACKENSACK, NJ 07601

RECEIVED
FEB 2 3 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/7/2021] [FileNumber=15693307-0] [b28c7c4e32d14c3bc5bc0855b764d1c2dea8d395c323982349dd8959008c5c3fa6
3cfb0d63b18b3731ba9ca3be86274eb15cc47763794a244a018aea4dddceb0]]

1 White Terrace Apt. 4
Newark NJ 07108
November 23, 2021

**CLOSED**

Hon. Brian R. Martinotti, U.S.D.C.J
United States District Court
402 E. State Street
Trenton, NJ 08608

Re: Laurier v. D'Ilio, et al.
  Civil Action No. 15-cv-06043 (BRM-TJB)

Dear Your Honor:

  Please be advised that settlement of the entitled matter has been completed. Therefore, the Court can now enter final dismissal of this matter.

**All deadlines are terminated.**

Respectfully submitted,

s/Kenworth Laurier

Kenworth B. Laurier

12/07/2021